United States District Court
Southern District of Texas
FILED

JUN 2 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JOSE EZEQUIEL MARTINEZ-MARTINEZ** ) | |
| v.  ) | C.A. B-04-106 |
| ) | |
| **MARC MOORE, et al.** ) | |

**EXHIBIT "D" IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Exhibit D consists of a copy of the demand for the surrender of Petitioner on June 28, 2004, which was canceled on June 25, 2004.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I, Lisa S. Brodyaga, hereby certify that a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Steven Schammel, ASUA, 1701 W. Bus. 83, 6th Floor, McAllen, Texas 78501 this 28th day of June, 2004.

Department of Justice
Immigration and Naturalization Service

**Notice to Obligor to Deliver Alien**

☒ To Obligor

☐ To Alien (See Reverse of Form)

Date: May 27, 2004

File: A41 272 217

Maria de Jesus Martinez
RT 21 BOX 413 2MI N. GDWN
Mission, TX 78572

Name (s) of Alien (s)
Jose Ezequiel MARTINEZ-Martinez

**TO OBLIGOR:**

Under the terms of the bond you posted for release of the above alien(s), the Immigration and Naturalization Service is making demand upon you to surrender the above alien(s):

☐ For a hearing at:
Date:
Time:
Place:

☐ For an interview at:
Date:
Time:
Place:

*Canceled 6/25/04*

\* Pending Habeas

☒ For deportation or exclusion at:
Date: June 28, 2004
Time: 10:00 a.m.
Place: Harlingen Field Office, 1717 Zoy Street, Harlingen, Tx 78552

**Warning:** *Failure to surrender the alien(s) in accordance with this demand will result in BREACHING THE BOND and its FORFEITURE TO THE GOVERNMENT.*

Very truly yours,

Marc J. Moore / M. Delgado SDDO
Field Office Director
Detention & Removal

| This order and notice was served by me at | | on | |
|---|---|---|---|
| | (Location) | | (Date) |
| at _____ am/pm in the following manner: _____ | | | |
| (Time) | | | |
| | | Deportation Officer | |
| (Signature of Officer/Employee) | | (Title of Officer/Employee) | |

Certified Mail 7160 3901 9844 4883 6147
Form I-340 (rev. 5-02-95) N