

United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE EZEQUIEL MARTINEZ-MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-106 |
| | § | |
| MARC MOORE, FIELD OFFICE DIRECTOR, and | § | |
| TOM RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, and | § § § | |
| THE UNITED STATES OF AMERICA | § | |
| Respondents. | § | |

## ORDER TO FILE BRIEFS

Petitioner ("Martinez") filed a Petition for Writ of Habeas Corpus (Docket No. 1) pursuant to 28 U.S.C. § 2241. Martinez asserts that the performance of his first counsel in immigration proceedings was so deficient that it rendered his removal proceedings fundamentally unfair and was a violation of substantive due process.

IT IS therefore ORDERED that the parties in the above styled case file briefs, on or before August 1, 2004, not exceeding five pages, limited to the issue of whether petitioner has the right to effective assistance of counsel in proceedings before the United States Immigration Court.

DONE at Brownsville, Texas, this 1st day of July, 2004.

John Wm. Black
United States Magistrate Judge