

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

JOSE EZEQUIEL MARTINEZ-MARTINEZ )
v. ) C.A. 04-106
MARC MOORE, et al. )

**PETITIONER'S OPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE, PENDING RESOLUTION OF THE *SALAZAR-REGINO* SERIES.**

Petitioner, through counsel, respectfully moves this Honorable Court to hold his case in abeyance, pending full and final resolution of *Salazar-Regino et al v. Trominski et al*, No. 03-41492, currently pending before the Fifth Circuit.

In support of same, Mr. Martinez would respectfully show as follows. The decisive issue in both cases is whether, and if so, to what extent, a lawful permanent resident in deportation or removal proceedings is entitled to Due Process in matters relating to applications for discretionary relief. Both cases also present secondary issues. In the case at bar, it is whether counsel can perform so poorly in a removal proceeding as to render the proceedings fundamentally unfair, and in violation of Due Process.

The recent decision of the Fifth Circuit in *Assaad v. Ashcroft*, 2004 U.S. App LEXIS 14861 (5th Cir. 2004), reserved judgment on this issue, preferring to decide the case on the basis of whether immigrants have a protected interest in discretionary relief. As Mr. Martinez set forth in his recent brief, and as was discussed in the reply brief in *Salazar-Regino*, there are several bases on which to challenge the applicability of *Assaad,* not the least of which is whether the Court even had jurisdiction in that case.

Further, *Salazar-Regino* has been fully briefed, and is awaiting

action by the Fifth Circuit. The leading edge of the series, *Garcia v. Pasquarrell, et al,* No. 03-50907, has been scheduled for Oral Argument on August 31, 2004. If resolved adversely to the Petitioner therein, it will control most of the remaining cases in this series, including the case at bar. [1]

It is therefore urged that, in the interest of judicial economy, the instant case should be held in abeyance, as have all others in this series which were filed after the decision in *Salazar-Regino*. The undersigned has been in touch with Steven Schammel, AUSA, who indicated that the Respondents in this case opposed holding the matter in abeyance.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID.  1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I, Lisa Brodyaga, certify that a copy of the foregoing was mailed, first-class postage prepaid, to Steven Schammel, AUSA, 1701 W. Bus 83, #600, McAllen, Texas, 78501, this 12th day of August, 2004.

---

[1] Ms. Garcia was given straight probation for her offense, not deferred adjudication. A few of the cases in the series involve deferred adjudication, and therefore present issues which are not present either in the case at bar, or in that of Ms. Garcia.