IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE EZEQUIEL MARTINEZ-MARTINEZ<br>Petitioner | § § § | |
| vs. | § | CIVIL ACTION B-04-106 |
| | § | |
| MARC MOORE, Field Office Director,<br>TOM RIDGE, Secretary, Department of<br>Homeland Security, and<br>THE UNITED STATES OF AMERICA<br>Respondent | § § § § § | |

## ORDER

On August 16, 2004 Petitioner, Jose Ezequiel Martinez-Martinez, filed a Motion to Hold Proceedings in Abeyance pending resolution of the *Salazar-Regino* Series (Docket No. 12). The *Salazar-Regino* series concerns four issues of statutory construction and constitutional violations, none which are raised here. The Court finds that Martinez-Martinez's issues are not the same or substantially the same as the *Salazar-Regino* series.

IT IS THEREFORE **ORDERED** that the Motion to Hold Proceedings in Abeyance be **DENIED**.

DONE in Brownsville, Texas, this 2nd day of September, 2004.

John Wm. Black
United States Magistrate Judge