IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 1 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE EZEQUIEL MARTINEZ-MARTINEZ, § | |
| Petitioner, § | |
| § | |
| vs. § | CIVIL ACTION B-04-106 |
| § | |
| MARC MOORE, Field Office Director, § | |
| TOM RIDGE, Secretary, Department of § | |
| Homeland Security, and § | |
| THE UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER

Pending before the Court is, Respondents' Unopposed Motion to Hold Proceedings in Abeyance and Stay of Deportation pending resolution of the *Salazar-Regino* Series (Docket No. 14). The Court finds that Martinez-Martinez's issues are the same or substantially the same as the *Salazar-Regino* series.

It is therefore **ORDERED** that the Motion to Hold Proceedings in **Abeyance** be **GRANTED**.

It is further **ORDERED** that any enforced departure of Petitioner based on the final order of removal to Mexico be **STAYED** pending further orders of this Court.

It is further **ORDERED** that the parties shall be given 60 days from the entry of a final decision in *Salazar-Regino v. Trominski* and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of *Salazar-Regino v. Trominski* and the consolidated cases.

DONE in Brownsville, Texas, this 1st day of April, 2005.

John Wm. Black
United States Magistrate Judge