**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE EZEQUIEL | § | |
|     MARTINEZ-MARTINEZ | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § |     B-04-106 |
| MARC MOORE, FIELD OFFICE | § | |
|     DIRECTOR, and | § | |
| TOM RIDGE, SECRETARY, | § | |
|     DEPARTMENT OF | § | |
|     HOMELAND SECURITY, and | § | |
| THE UNITED STATES OF AMERICA | § | |
|     Respondents. | § | |

## ORDER TO TRANSFER

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the

United States Court of Appeals for the Fifth Circuit  pursuant to Pub. L. No. 109-13, 119 Stat. 231,

Section 106. The clerk shall transmit the file forthwith.

Signed on _____, 2005.

_____
United States Magistrate Judge