United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court





05-60020

United States District Court
Southern District of Texas
Office of The Clerk
600 E Harrison
Brownsville, Texas 78520

MICHAEL N. MILBY
CLERK OF COURT

RE: **CA B-04-106**
**Jose Ezequiel Martinez-Martinez**
vs.
**Marc Moore, et al**

Dear Sirs:

Enclosed is a certified copy of an order filed **June 20, 2005** transferring the above case to the U.S. Court of Appeals for the Fifth Circuit.

We are transmitting the entire original case file along with the certified copy of the transfer order and certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below, returning us a copy.

Yours very truly,
MICHAEL N. MILBY, CLERK

BY:_____
Rebecca Pinales, Deputy Clerk

cc: Counsel of Record

U.S. COURT OF APPEALS
RECEIVED
JUN 3 0 2005
NEW ORLEANS, LA.

RECEIVED AND FILED UNDER CIVIL CASE NO. _____
ON _____.

CLERK, U.S. District Court

BY: _____
Deputy Clerk